# Third District Court of Appeal
## State of Florida

Opinion filed May 25, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1413
Lower Tribunal No. M19-26870
_____

**Jorge Acevedo,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the County Court for Miami-Dade County, Elisabeth M. Espinosa, Judge.

Jorge Acevedo, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.